UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMMANUEL HERRMANN,<br><br>       Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK LLC, et al.,<br><br>       Defendants. | Adversary Proceeding<br>No. 23-01025 (MG) |

### AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Immanuel Herrmann at an address on file:

- **Joint Stipulation and Agreed Order by and Among the Debtors, Daniel Frishberg and Immanuel Herrmann Staying Deadlines** (Docket No. 5)

Dated: April 25, 2023

                               /s/ Janira N. Sanabria
                               Janira N. Sanabria

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.



State of Florida,
County of Santa Rosa

Subscribed and sworn to (or affirmed) before me on this 25th day of April 2023, by Janira N. Sanabria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Tessanna L. Fulton

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.